NUMBER  13-06-00012-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF
TEXAS

 



CORPUS CHRISTI - EDINBURG

 





 





IN RE THOMAS FLORENCE, RELATOR

 





 

On Petition for Writ of
Mandamus





 





 

MEMORANDUM OPINION

 

Before Justices Hinojosa,
Yañez and Castillo

Memorandum Opinion Per
Curiam

 

Relator, Thomas Florence, filed a petition
for writ of mandamus in the above cause on January 3, 2006.  Relator requests this Court to issue a writ
of mandamus ordering the Dewitt County District Clerk to assign his civil
complaint a cause number and notify relator of the same.

Having reviewed the petition for writ of mandamus,
this Court is of the opinion that the petition for writ of mandamus should be
denied.

Accordingly, relator=s
petition for writ of mandamus is hereby denied. 












PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 4th day of January, 2006.